UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OLIN LEVY,<br><br>  Plaintiff,<br><br>  v.<br><br>BROOKFIELD ASSET MANAGEMENT INC.,<br><br>  Defendant. | Case No. 23-cv-03145-JSC<br><br>**ORDER DENYING LEAVE OF COURT TO FILE A NEW ACTION** |

Plaintiff Marc Olin Levy, representing himself, filed this civil complaint against Brookfield Asset Management, Inc.  However, Mr. Levy was previously declared a vexatious litigant whose submissions are subject to pre-filing review.  *See Marc Olin Levy v. First Group/Greyhound*, 17-cv-00412-KAW, Dkt. No. 10 (N.D. Cal. 2017).  According to the prefiling review order, if Mr. Levy wishes to file a new action, he must provide a copy of the complaint to the Clerk's Office along with a letter requesting the complaint be filed, and a copy of the prefiling review order.  (*Id*. at 7.)  The Clerk's Office would then forward the complaint to the general duty judge to "determine whether plaintiff has stated a potentially cognizable claim in a short, intelligible, and plain statement."  (*Id*.)  Plaintiff did not comply with the prefiling review order and instead filed his complaint here without seeking leave.  The prefiling review order thus requires dismissal of this action.  (*Id*.)

Further, even if the complaint had been submitted to the undersigned as the general duty judge at the time of its filing, the Court would have denied Plaintiff leave to file a new action. Plaintiff seeks $10 billion in voting stock in Brookfield Asset Management because it "failed to [illegible] claim in Chapter 11 bankruptcy."  (Dkt. No. 1 at 4.)  No cognizable cause of action is

apparent from this allegation.[1]

Accordingly, in light of the vexatious litigant order, and given the complaint does not state a claim, the Court STRIKES the complaint. (Dkt. No. 1.)  The Clerk shall terminate this case.

**IT IS SO ORDERED.**

Dated: August 21, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] The Court notes Plaintiff filed another action at the same time as this, *Levy v. Simon Property Group*, No. 23-3144 VC, again without obtaining permission from the court.  The complaint there included the same allegations against a different defendant.  (Dkt. No. 1 at 4.) The court dismissed the action for failure to state a claim. (Dkt. No. 7.)

2